UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-cv-00013-RJC
(3:17-cr-00073-RJC-DCK-2)

| | | |
|---|---|---|
| ALEJANDRO CHAVEZ-LOPEZ, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

**THIS MATTER** is before the Court on its review of the docket in this matter.

On January 7, 2020, Petitioner filed a Pro Se Motion to Motion to Vacate, Set Aside or Correct Sentence under Section 2255. [Doc. 1]. The Court Ordered the Government to respond. [Doc. 2]. The Government has responded to Petitioner's motion. [Doc. 3]. Petitioner is hereby advised that, pursuant to Rule 5(d) of the Rules Governing Section 2255 Proceedings, he may reply to the Government's response within twenty-one (21) days of this Order.

**IT IS, THEREFORE, ORDERED** that Petitioner may reply to the Government's response to Petitioner's Motion to Vacate within twenty-one (21) days of this Order.

Signed: April 28, 2020

Robert J. Conrad, Jr.
United States District Judge